UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRIAN LOHSE

VERSUS

NATIONWIDE MUTUAL
INSURANCE COMPANY

CIVIL ACTION NO.: 2:23-cv-06784

JUDGE: BRANDON S. LONG

MAGISTRATE JUDGE:
EVA J. DOSSIER

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, Scottsdale Insurance Company, submits for hearing its Motion for Partial Summary Judgment before the Honorable Brandon S. Long, United States District Judge, on April 1, 2026 at 10:00 a.m. at 500 Poydras St., Courtroom C31, New Orleans, Louisiana 70130.

Respectfully Submitted,

s/Mark E. Hanna
MARK E. HANNA (#19336)
KATHRYN L. BRIUGLIO (#40291)
MOULEDOUX, BLAND, LEGRAND &
    BRACKETT, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Telephone:   (504) 595-3000
Facsimile:   (504) 522-2121
Email:   mhanna@mblb.com
        kbriuglio@mblb.com

*Attorneys for Scottsdale Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Mark E. Hanna